United States District Court
Southern District of Texas

**ENTERED**

September 08, 2017

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JUSTIN NOVICK, CHRIS KEHN, JAMES ABRAHAM, AND ZAHID ISLAM, on behalf of themselves and others similarly situated, | § § § § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO. 4:16-CV-00730** |
| vs. | § § | |
| SHIPCOM WIRELESS, INC., | § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend Time to Complete Depositions and to File Dispositive Motions.  After consideration of said Motion, it is ORDERED that the Motion is hereby GRANTED. The Scheduling Order entered by the Court on June 16, 2017 shall be amended to reflect a deadline to file dispositive motions of November 15, 2017.

Signed on this _____8th_____ day of _____September_____, 2017.

_____

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE