Case 4:16-cv-00730   Document 71   Filed on 06/27/18 in TXSD   Page 1 of 4
Case 4:16-cv-00730   Document 54-1   Filed in TXSD on 04/06/18   Page 1 of 4

United States District Court
Southern District of Texas

**ENTERED**
June 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN NOVICK, CHRIS KEHN, JAMES ABRAHAM, ZAHID ISLAM, and CHARLES BETHAS, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § § | CIVIL ACTION NO. 4:16-CV-00730 |
| SHIPCOM WIRELESS, INC., | § § § | |
| Defendant. | § § § | |

### ORDER

Before the Court is Defendant Shipcom Wireless, Inc.'s Motion in Limine. Having considered the Motion and Plaintiffs' response, and with respect to the correspondingly numbered subjects set forth in the Motion in Limine, the Court ORDERS as follows:

1. **WITNESSES UNTIMELY IDENTIFIED BY PLAINTIFFS' DISCLOSURES**

    GRANTED _____

    DENIED ✔

    MODIFIED _____

2. **EVIDENCE REGARDING THE RECLASSIFICATION OF PLAINTIFFS' OR THEIR POSITIONS FROM "EXEMPT" TO "NON-EXEMPT," AND ANY OTHER CHANGES TO SHIPCOM'S BUSINESS OR PAY PRACTICES FOR PURPOSES OF ESTABLISHING LIABILITY**

    GRANTED _____

    DENIED ✔

    MODIFIED _____

3. **ALLEGATIONS THAT PLAINTIFFS WORKED MORE HOURS THAN RECORDED IN SHIPCOM'S ELECTRONIC TIMEKEEPING SYSTEMS**

   GRANTED ✓

   DENIED _____

   MODIFIED _____

4. **ALLEGATIONS THAT PLAINTIFFS JUSTIN NOVICK, CHRIS KEHN, OR CHARLES BETHAS WERE NOT PAID ON A SALARY BASIS ABOVE $455.00 PER WEEK**

   GRANTED ✓

   DENIED _____

   MODIFIED _____

5. **ALLEGATIONS OF FLSA VIOLATIONS AGAINST OTHER EMPLOYEES, NOT PARTY TO THIS LAWSUIT**

   GRANTED ✓

   DENIED _____

   MODIFIED _____

6. **ALLEGATIONS THAT SHIPCOM "WILLFULLY" VIOLATED THE FLSA**

   GRANTED ✓

   DENIED _____

   MODIFIED _____

7. **EVIDENCE OF POSSIBLE MONETARY DAMAGES, COSTS, EXPENSES, OR ATTORNEY'S FEES WHICH PLAINTIFFS MAY SEEK TO RECOVER**

   GRANTED ✓

   DENIED _____

   MODIFIED _____

8. **SETTLEMENT/MEDIATION DISCUSSIONS**

   GRANTED ✓

   DENIED _____

   MODIFIED _____

9. **REFERENCES TO DISPOSITIVE MOTIONS**

   GRANTED ✓

   DENIED _____

   MODIFIED _____

10. **EVIDENCE OR TESTIMONY REGARDING INSURANCE COVERAGE**

    GRANTED ✓

    DENIED _____

    MODIFIED _____

11. **"BIG COMPANY" REFERENCES**

    GRANTED ✓

    DENIED _____

    MODIFIED _____

12. **EVIDENCE OR TESTIMONY REGARDING SHIPCOM'S NET WORTH**

   GRANTED     ✓

   DENIED     _____

   MODIFIED   _____

13. **EVIDENCE, TESTIMONY, OR REFERENCES TO EXPERIENCE OF COUNSEL**

   GRANTED     ✓

   DENIED     _____

   MODIFIED   _____

14. **EVIDENCE, TESTIMONY, OR REFERENCES TO THE SIZE OF THE LAW FIRM REPRESENTING SHIPCOM**

   GRANTED     ✓

   DENIED     _____

   MODIFIED   _____

15. **EVIDENCE, TESTIMONY, OR COMMENTS REGARDING THIS AND ANY OTHER MOTION IN LIMINE**

   GRANTED     ✓

   DENIED     _____

   MODIFIED   _____

6/26/18

CRISTINA BRYAN
UNITED STATES MAGISTRATE JUDGE