# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN NOVICK, CHRIS KEHN, CHARLES BETHAS, JAMES ABRAHAM, AND ZAHID ISLAM, | §<br>§<br>§<br>§ | |
| *Plaintiffs*, | §<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 4:16-CV-00730 |
| SHIPCOM WIRELESS, INC. *Defendant*. | §<br>§<br>§ | |

## JURY QUESTIONS

The court gave the following questions to the jury on June 28, 2018.

Signed at Houston, Texas, on June 28ᵗʰ, 2018.

1

QUESTION NO. 1

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff Justin Novick was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No:   _____

QUESTION NO. 2

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff Chris Kehn was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No:    _____

QUESTION NO. 3

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff Charles Bethas was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No: _____

QUESTION NO. 4

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff James Abraham was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No: _____

QUESTION NO. 5

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff Zahid Islam was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No:   _____

QUESTION NO. 6

Were Shipcom Wireless, Inc.'s actions taken in good faith with reasonable grounds for believing that its actions or omissions were not in violation of the Fair Labor Standards Act?

Answer "Yes" or "No."

—————————————

## CERTIFICATE

We, the jury, have answered the above and foregoing questions unanimously, and herewith return the same into court as our verdict.

_____          _____
              Date                                          Jury Foreperson