# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN NOVICK, CHRIS KEHN, CHARLES BETHAS, JAMES ABRAHAM, AND ZAHID ISLAM, | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:16-CV-00730 |
| SHIPCOM WIRELESS, INC. *Defendant*. | § § § | |

## JURY QUESTIONS

The court gave the following questions to the jury on June 28, 2018.

Signed at Houston, Texas, on June 29, 2018.

1

QUESTION NO. 1

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff Justin Novick was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No:     **NO**

QUESTION NO. 2

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff Chris Kehn was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No: __No__

QUESTION NO. 3

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff Charles Bethas was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No: _____NO_____

QUESTION NO. 4

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff James Abraham was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No:     NO

QUESTION NO. 5

Has Defendant Shipcom Wireless, Inc. proved that Plaintiff Zahid Islam was exempt from the overtime-pay requirement as an administrative employee?

Answer Yes or No: __Yes__

QUESTION NO. 6

Were Shipcom Wireless, Inc.'s actions taken in good faith with reasonable grounds for believing that its actions or omissions were not in violation of the Fair Labor Standards Act?

Answer "Yes" or "No."

_____NO_____

## CERTIFICATE

We, the jury, have answered the above and foregoing questions unanimously, and herewith return the same into court as our verdict.

_____6/29/18_____  _____
　　　Date　　　　　　　　　Jury Foreperson