IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN NOVICK, CHRIS KEHN, JAMES ABRAHAM, ZAHID ISLAM, and CHARLES BETHAS, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:16-CV-00730 |
| vs. | § § § | |
| SHIPCOM WIRELESS, INC., | § § § | |
| Defendant. | § | |

## STIPULATION

For use in this litigation and for no other purpose, and based upon the Court's prior rulings and the jury's verdict in this case, the parties stipulate as follows:

1. Justin Novick's actual damages for unpaid overtime are $4,091.57.

2. Chris Kehn's actual damages for unpaid overtime are $8,588.56, less $8,924.20, already paid by Shipcom Wireless, Inc. to Mr. Kehn for unpaid overtime, for a total of $0.00.

3. Charles Bethas's actual damages for unpaid overtime are $7,249.43, less $7,384.09 already paid by Shipcom Wireless, Inc. to Mr. Bethas for unpaid overtime, for a total of $0.00.

4. James Abraham's actual damages for unpaid overtime are $3,885.81.[1]

This stipulation does not address liquidated damages, if any, that the court may award to the prevailing plaintiffs.

---

[1] In entering into this Stipulation, Defendant Shipcom Wireless, Inc. is not waiving any argument that it is not liable to Plaintiffs for any damages on account of its contention that it properly classified Plaintiffs as exempt from overtime under the Fair Labor Standards Act.

| | |
|---|---|
| */s/ Daryl J. Sinkule (with permission)* | July 23, 2018 |
| Counsel for Plaintiff | Date |

Daryl J. Sinkule
ATTORNEY-IN-CHARGE
State Bar No. 24037502
Federal I.D. No. 34842
dsinkule@eeoc.net
Mark Lazarz
State Bar No. 12069100
Federal I.D. No. 12105
mlazarz@eeoc.net
Todd Slobin
State Bar No. 24002953
Federal I.D. No. 22701
tslobin@eeoc.net
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
(713) 621-2277 – Telephone
(713) 621-0993 – Facsimile


| | |
|---|---|
| */s/ Kerry E. Notestine* | July 23, 2018 |
| Counsel for Defendant | Date |

Kerry E. Notestine
ATTORNEY-IN-CHARGE
State Bar No. 15116950
Federal I.D. No. 2423
knotestine@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 951-9400 - Telephone
(713) 951-9212 - Facsimile

OF COUNSEL:
Luke C. MacDowall
State Bar No. 24104445
Federal I.D. No. 2983511
lmacdowall@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 951-9400  Telephone
(713) 951-9212  Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018 I forwarded a true and correct copy of the foregoing document via the Court's electronic filing system to the following counsel of record:

Mark Lazarz
Daryl Sinkule
Todd Slobin
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
mlazarz@eeoc.net
dsinkule@eeoc.net
tslobin@eeoc.net

*Attorneys for Plaintiff*

*/s/ Kerry E. Notestine*
Kerry E. Notestine

Firmwide:155880403.1 084362.1002